**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **KEILON VIDAL SANDERS a/k/a** | § | |
| **Keilon Muhammad Bey,** | § | |
| **Plaintiff,** | § | |
| **vs.** | § | **Civil Action No. 3:15-CV-89-N** |
| | § | |
| **TRAVIS SCHULZE, et al.,** | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Federal Defendants' Motion to Dismiss*, filed February 17, 2015 (doc. 8) is **GRANTED**.  By separate judgment, the federal claims against defendants Travis Schulze and Marcus West will be **DISMISSED**, and the remaining claims against all defendants will be **DISMISSED** *sua sponte*, with prejudice for failure to state a claim under Fed. R. Civ. P. 12(b)(6).  Keilon Vidal Sanders's *Memorandum in Support of Motion to Remand*, filed March 19, 2015 (doc. 11), is **DEEMED MOOT**.

**SIGNED** this 21st day of September, 2015.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE